# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

      *v.*                                 **ELECTRONIC CRIMINAL COMPLAINT**
                                              **(Redacted)**

*DARYL JERRY JOHN*               **CASE NUMBER:** MJ-25-04366-PCT-CDB

I, the undersigned, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or between July 1 and August 4, 2025, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, the defendant, **DARYL JERRY JOHN**, an Indian, did knowingly engage in sexual contact with the victim, K.S., who had attained the age of 12, but had not yet attained the age of 16, and was at least four years younger than the defendant. The sexual contact involved the intentional touching, directly and through the clothing, of the victim's breast by the defendant's hand, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the defendant's sexual desire, in violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246(3).

## COUNT 2

On or between July 1 and August 4, 2025, in the District of Arizona, within the confines of the Colorado River Indian Tribes Indian Reservation, Indian Country, the defendant, **DARYL JERRY JOHN**, an Indian, did knowingly, intentionally, and recklessly assault the victim, K.S., who was under the age of 16 years, resulting in substantial bodily injury, in violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:    ☒   Yes   ☐   No

REVIEWED BY: */s AUSA Dimitra Sampson*

  X   Pursuant to 28 U.S.C. §1746(2), I declare
         that the foregoing is true and correct.

Robert Richardson, Special Agent, FBI
_____
Complainant's Name and Title

_X_ Sworn by Telephone


_____
Date/Time


_____
Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

_____ 8/26/25
Complainant's Signature          Date


Flagstaff, Arizona
_____
City and State

**Camille D. Bibles**

Digitally signed by
Camille D. Bibles
Date: 2025.08.26
10:35:06 -07'00'
_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>FBI Special Agent Robert Richardson</u>, state under oath as follows:

1.      I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been in this position since April 2023. Prior to becoming a Special Agent, I was an Intelligence Analyst with the FBI from January 2021 to April 2023. I am currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency. My primary duties include the investigation of violent crimes committed in Indian Country.

2.      The information contained in this affidavit is based upon my personal knowledge, training and experience, as well as information provided to me by other law enforcement officers and/or witnesses, including those listed herein. Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

## Introduction

3.      This case involves abusive sexual contact with a minor and the assault of a child under the age of 16 resulting in substantial bodily injury by Daryl Jerry John (hereinafter "John"), an enrolled member of the Colorado River Indian Tribes (CRIT), a federally recognized tribe, perpetrated on the victim (hereinafter referred to as K.S.), who was 14 years old at the time. This occurred at John's residence in

Parker, AZ, which is within the exterior boundaries of the CRIT Indian Reservation. As set forth below, John engaged in sexual contact with K.S., a child under the age of 16, in violation of 18 U.S.C. Sections 1153, 2244(a)(5), and 2246(3); and John assaulted K.S., a child under the age of 16, resulting in substantial bodily injury, in violation of 18 U.S.C. Sections 1153 and 113(a)(7).

### **Investigation/Probable Cause**

4.      On August 4, 2025, FBI SA David Delio received a call from the CRIT Police Department (PD) Criminal Investigator (CI) Ricardo Corral regarding a report made to CRIT PD of a possible child sexual abuse. K.S. and her cousin, L.J., reported to B.D. (the mother of K.S. and aunt of L.J.), who in turn reported to CRIT PD, that K.S. had been sexually abused by John at John's residence, and L.J. had witnessed it. John's residence is located in a tribal housing community in Parker, Az.

5.      On August 6, 2025, the FBI received photographs of a bruise to the upper left breast of K.S. The bruise on K.S. was caused by John grabbing her.

6.      On August 8, 2025, K.S., who was 14 years of age, was forensically interviewed by Forensic Interviewer Bernadette Hernandez-Yupit while SA Delio and I witnessed the interview from a separate location. During the interview, K.S. said that John made her uncomfortable on more than one occasion. In February, John put his hand on her thigh while they were waiting in the car. On another occasion, he came out of his bedroom in his boxers and went to the bathroom and motioned for her to come into the bathroom with him. K.S. disclosed an incident that occurred

2

in early July before the 4th at John's house, where she was sitting down and John was standing. K.S. described John came out of nowhere and started using his hands to tickle her sides. She moved around, and John grabbed her boob and squeezed it hard. She told John, "it hurts" and tried to swat his hand away. When he squeezed her boob, she started scooting down on the couch, but after she told him it hurt, he did it harder. She had a bruise on her boob, and it was red at first, but then it turned purple. It lasted for a long time. John looked serious when he was squeezing her boob, but when she told him it hurt, he started laughing. He finally stopped and K.S. went to the kitchen and told her cousin, L.J.

7.      On August 8, 2025, L.J. was forensically interviewed by Forensic Interviewer Bernadette Hernandez-Yupit while I witnessed the interview from a separate location. During the interview, L.J. described the incident between John and K.S. by stating, "He wasn't even tickling her on her waist either. . . He starts tickling her and grabbing her boobs and stuff all aggressively. And she fell to the floor, and she was like 'ow, stop' like trying to tell him to stop and he wouldn't stop." L.J. also confirmed that K.S. had a bruise on her breast.

8.      On August 14, 2025, John was interviewed by SA Delio, CI Corral, and I at John's residence. John recalled the incident in early July, about which agents were asking, and remembered that he "might have tickled" K.S., and admitted that it might have gotten out of hand. Agents asked if it was an accurate representation

3

of the event that the tickling got out of hand and turned into a hard grab of K.S.'s left breast, and John responded "yes."

## Conclusion

9.      Based on the foregoing, I believed that there is probable cause to believe that Daryl Jerry John has violated Title 18, United States Code, Sections 1153, 2244(a)(5), 2246(3), and 113(a)(7). A warrant for John's arrest is respectfully requested.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on: August 2025

_____
Robert Richardson, Special Agent, FBI

 X Sworn by Telephone

Date/Time: _____

**Camille D. Bibles**

Digitally signed by Camille D. Bibles
Date: 2025.08.26 10:34:41 -07'00'

_____
Camille D. Bibles
United States Magistrate Judge

4